**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**FEDERAL NATIONAL
MORTGAGE ASSOCIATION**                                            **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 4:18cv73-JMV**

**PF NORTHLAND VILLAGE LLC**                                       **DEFENDANT**

**ORDER STAYING CASE**

The Court hereby, *sua sponte*, stays all proceedings in this case for four months. The Court will conduct a telephonic status conference in four months, to be set by separate notice.

SO ORDERED, this the 19th day of June, 2019.

                                                       /s/ Jane M. Virden
                                                       UNITED STATES MAGISTRATE JUDGE