**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **PF NORTHLAND VILLAGE LLC,** ) ) **Defendant.** ) ) | Case No.: 4:18-cv-00073-JMV |

**AGREED ORDER GRANTING MOTION FOR SUBSTITUTION
OF PARTY PLAINTIFF**

**HAVING COME** before the Court on the *Motion for Substitution of Party Plaintiff* [Dkt. #38] (the "Motion") filed by Arbor Northland Funding, LLC, a Delaware limited liability company ("Arbor"), and the Court having fully considered the pleadings and all other matters of record, and having been advised that the Defendant consents to the relief sought in the Motion, the Court hereby finds that the Motion is well taken and should be granted. Therefore, it is:

**ORDERED AND ADJUDGED** that by virtue of the sale, conveyance and absolute assignment (as evidenced by Exhibit "A" to the Motion) of the note, deed of trust, and other documents related to the matters at issue in the above-captioned litigation (collectively, the "Loan Documents"), effective as of May 31, 2019 (the "Loan Transfer Date"), Arbor has succeeded to all the rights, duties and obligations of Fannie Mae, a corporation organized under the laws of the United States of America ("Fannie Mae"), for all purposes regarding Fannie Mae's rights, title and interest in and to the Loan Documents, including but not limited to

prosecution of the claims advanced in this action, thereby making Arbor the real party-in-interest in this action and successor to Fannie Mae as the party-plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that Arbor is, effective immediately upon entry of this Order, substituted as the party-plaintiff in this action in lieu of and replacing Fannie Mae, effective as of the May 31, 2019 Loan Transfer Date, with Fannie Mae having no rights, duties or obligations in this action from and after the Loan Transfer Date.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of the Court shall take appropriate steps to modify the docket and other Court records in this case so that, from and after entry of this Order, such docket and records reflect the Plaintiff in this action as being "Arbor Northland Funding, LLC."

**SO ORDERED AND ADJUDGED**, this the 23rd day of April, 2020.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE

**AGREED AND SUBMITTED BY:**


*/s/ Alan L. Smith*
Alan Lee Smith, Esq. (MB No. 10345)
BAKER, DONELSON, BEARMAN
　CALDWELL & BERKOWITZ, PC
One Eastover Center
100Vision Drive, Suite 400
Jackson, MS 39211
Telephone:　(601) 351-8932
Facsimile:　(601) 974-8932
E-Mail:　asmith@bakerdonelson.com

*COUNSEL FOR ARBOR NORTHLAND FUNDING, LLC*



*/s/ S. Joshua Kahane*
S. Joshua Kahane, Esq. (MS Bar No. 102085)
GLANKLER BROWN, PLLC
6000 Poplar Avenue, Suite 411
Memphis, TN 38103
Telephone:　 (901) 525-1322
Facsimile:
E-Mail:　jkahane@glankler.com

*COUNSEL FOR PF NORTHLAND VILLAGE LLC*