# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# (GREENVILLE DIVISION)

| | | |
|---|---|---|
| **ARBOR NORTHLAND FUNDING, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 4:18-cv-00073-DMB-JMV |
| **PF NORTHLAND VILLAGE LLC,** | ) ) ) | |
| Defendant. | ) ) | |

## AGREED STIPULATION OF DISMISSAL
## (WITH PREJUDICE)

**COMES NOW** the Plaintiff, Arbor Northland Funding, LLC (the "Plaintiff"), together with the Defendant, PF Northland Village, LLC (the "Defendant" and together with Plaintiff, collectively, the "Parties"), in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), and jointly stipulate to the dismissal of this proceeding with prejudice, in light of all aspects of the matters at issue in this proceeding having now been fully and finally resolved via agreement of the Parties. Each Party shall bear its own attorney's fees, costs and expenses.

**SO STIPULATED**, this the 23rd day of April, 2020.

1

**AGREED AND SUBMITTED BY:**


*/s/ Alan L. Smith*
Alan Lee Smith, Esq. (MB No. 10345)
BAKER, DONELSON, BEARMAN
   CALDWELL & BERKOWITZ, PC
One Eastover Center
100Vision Drive, Suite 400
Jackson, MS 39211
Telephone:   (601) 351-8932
Facsimile:   (601) 974-8932
E-Mail:   asmith@bakerdonelson.com

***COUNSEL FOR ARBOR NORTHLAND FUNDING, LLC***


*/s/ S. Joshua Kahane*
S. Joshua Kahane, Esq. (MS Bar No. 102085)
GLANKLER BROWN, PLLC
6000 Poplar Avenue, Suite 411
Memphis, TN 38103
Telephone:   (901) 525-1322
Facsimile:
E-Mail:   jkahane@glankler.com

***COUNSEL FOR PF NORTHLAND VILLAGE LLC***