IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ARBOR NORTHLAND FUNDING, LLC,

 Plaintiff,

v.              CASE NO. 4:18-cv-00073-JMV

PF NORTHLAND VILLAGE, LLC,

 Defendant.

## ORDER CLOSING CASE

Consistent with the parties' Agreed Stipulation of Dismissal (With Prejudice) [45], the Clerk is directed to forthwith CLOSE this case.

SO ORDERED this 27th day of April, 2020.

            /s/ Jane M. Virden
            U. S. MAGISTRATE JUDGE